IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KEVIN SALOMON GONZALES,**

    Plaintiff,

v.                                                                                                           No. 19-cv-0900 SMV

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    Defendant.

## JUDGMENT

    Having denied Plaintiff's Motion to Reverse or Remand [Doc. 19], by a Memorandum Opinion and Order entered concurrently herewith,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

    **IT IS SO ORDERED.**

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**
                                                     **Presiding by Consent**